# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DENISE HASKILL, <br><br>    Plaintiff, <br>  v. <br><br>ASRC INDUSTRIAL SERVICES LLC; KM INDUSTRIAL INC. aka K2 INDUSTRIAL SERVICES; and DOES 1-10, <br><br>    Defendants. | No. 2:21-cv-06545-JAK-SHK <br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (DKT. 14)** <br><br>**JS-6** |

1  Based on a review of the Joint Stipulation for Dismissal with Prejudice (the
2  "Stipulation" (Dkt. 14)), sufficient good cause has been shown for the requested
3  relief. Therefore, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil
4  Procedure 41(a)(1)(A)(ii), the above-captioned action is **DISMISSED** in its entirety
5  with prejudice, with each party bearing its own attorney's fees and costs.

DATED:  October 26 , 2021

_____
John A. Kronstadt
United States District Court